## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GO ASK ANYONE, INC.,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.** |
| | ) |
| **CHRONICLE BOOKS, LLC,** | ) |
| **MAURA WALTRIP,** | ) |
| **CAMERON MOORE** | ) |
| **Defendants.** | ) |

05-11908 RWZ

MAGISTRATE JUDGE _Bowler_

RECEIPT # _750_
AMOUNT $ _250_
SUMMONS ISSUED _√_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _ton_
DATE _9/20/05_

## VERIFIED COMPLAINT

This is an action for injunctive relief and monetary damages under the Lanham Act and the laws of the Commonwealth of Massachusetts arising out of defendants Chronicle Books, LLC, Maura Waltrip and Cameron Moore's infringement of trademarks belonging to plaintiff Go Ask Anyone, Inc.

## PARTIES

1. Plaintiff Go Ask Anyone, Inc. is a Massachusetts Corporation with a principal place of business in Winthrop, Massachusetts.

2. Defendant Chronicle Books, LLC, is a Delaware limited liability company with a principal place of business at 85 Second Street, Sixth Floor, San Francisco, California, 94105.

3. Defendant Maura Waltrip is an individual who upon information and belief resides at 1533 Spring Creek Drive, Lafayette, Colorado, 80026.

4. Defendant Cameron Moore is an individual who upon information and belief resides at 2290 Topaz Drive, Boulder, Colorado, 80304.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C.

§§ 1331 and 1338, as this action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*

6.     This Court has personal jurisdiction over defendants as they have conducted

business in Massachusetts by purposefully and successfully soliciting business from

Massachusetts residents including but not limited to:

> (a)    an interactive website at www.chroniclebooks.com which sells the
>        infringing product, and
>
> (b)    the infringing product is sold in Massachusetts retail stores.

This Court also has personal jurisdiction because defendants have caused tortious injury to Go

Ask Anyone, Inc. in Massachusetts as a result of the acts described below.

7.     Venue is proper in this Court under 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

### Go Ask Anyone, Inc.

8.     Go Ask Anyone, Inc. ("Go Ask Anyone") is a company that specializes in card

games designed to spark fun and interesting conversations between family members and friends.

9.     Go Ask Anyone has developed an entire line of card games, including GO ASK

YOUR FATHER®, GO ASK YOUR MOTHER®, GO ASK YOUR GRANDPARENT®, GO

ASK YOUR TEENAGER®, GO ASK ANYONE®, and GO ASK YOUR GIRLFRIENDS®

(collectively, the "GO ASK marks.")

10.    Go Ask Anyone has Federally Registered Trademarks for each mark referenced in

paragraph 9; and has spent considerable time, energy and money registering and protecting its

marks which were all federally registered with the United States Patent and Trademark Office

2

(USPTO) in 2004. Attached as EXHIBIT 1 is a true and correct copy of evidence of the trademark registrations for each mark.

11.    Go Ask Anyone is in the process of expanding its line of conversation card games with Go Ask Your Teacher, Go Ask Your Friends, Go Ask a Veteran, Go Ask Your Spouse, Go Ask Your Fiancé and Go Ask Your Date games, as well as other related products.

12.    Go Ask Anyone named its company and its conversation card games in 2003. The company was started by Maura Cassidy and she remains the sole employee of Go Ask Anyone.

13.    Since 2003, Go Ask Anyone has continuously used the GO ASK marks in interstate commerce to identify its conversation card games and to distinguish its games from products made and sold by others.

14.    The Go Ask Anyone card games are packaged in colorful boxes, with the appropriate trademark, for example, "GO ASK YOUR FATHER," in a conversation "bubble," with an exclamation point, creating a distinctive and consistent trade dress. Attached as EXHIBIT 2 is a true and correct copy of the packaging of the GO ASK YOU FATHER game.

15.    Among other things, Go Ask Anyone displays the GO ASK marks on the products and packaging, as well as on marketing materials, advertising and displays for the products. See EXHIBIT 2. Also see EXHIBIT 3 which is a true and accurate copy of a display set up for the card decks.

16.    Go Ask Anyone has also prominently displayed the GO ASK marks throughout its Web site at www.GoAskAnyone.com. This Web Site provides detailed information about its products. Attached as EXHIBIT 4 is a true and accurate sampling of information on the website. See also EXHIBITS 2, 3.

3

17.     As a relatively new company, Go Ask Anyone spends approximately $25,000.00 a year marketing its products, which is roughly half of its entire operating budget.

18.     The GO ASK card games are available in approximately four hundred (400) stores in forty-nine (49) states, Canada, and the Bahamas, as well as online at Amazon.com.

19.     Go Ask Anyone has also recently received interest from retailers in Australia, New Zealand and Europe.

20.     The GO ASK games have received recognition in the toy and game industry and have generated substantial goodwill within the industry in connection with the GO ASK marks.

21.     In 2004, GO ASK YOUR FATHER® won the Dr. Toy's award for Best Vacation Children's Product; and GO ASK YOUR FATHER®, GO ASK YOUR MOTHER®, GO ASK YOUR TEENAGER® and GO ASK YOUR GRANDPARENT® have all won Seal of Approval Awards from The National Parenting Center, as well as awards from iParenting Media Center. Attached as EXHIBIT 5 are true and correct printouts from the websites of the entities bestowing the awards.

22.     The GO ASK trade dress is distinctive and consistent for the entire line of GO ASK games. It has acquired secondary meaning throughout the industry and with consumers through continuous use in commerce and the recognition the games have received.

23.     Consumers have come to associate the GO ASK marks and trade dress with the high quality conversation cards that Go Ask Anyone sells throughout the United States and other locations.

24.     In May, 2005 Defendants launched a similar product with a similar name and similar packaging which has caused confusion in the retail and consumer market place.

4

## Chronicle Books, LLC, Maura Waltrip & Cameron Moore/ASK IT

25.    Chronicle Books, LLC ("Chronicle") is a publishing company. Maura Waltrip and Cameron Moore are the individuals who claim to have developed the ASK IT game.

26.    In late May 2005, Go Ask Anyone became aware, through an article in the Boulder Daily Camera which was emailed to Go Ask Anyone's president and founder, Maura Cassidy, that Chronicle was publishing a conversation card game similar to the GO ASK games called ASK IT.

27.    The ASK IT game is similar to the GO ASK games in that it is a card game with a series of questions designed to stimulate conversations in varying types of relationships. According to the Chronicle web site, the ASK IT game contains cards with questions designed to "stimulate conversation between children, parents, grandparents, teachers and friends." The tag line for the ASK IT game, also as seen on the Chronicle Web site, is "50 Fun Questions to Get Families Talking." Attached as EXHIBIT 6 is a true and correct copy of the website page displaying these representations.

28.    Many of the questions in the ASK IT deck are surprisingly similar to those presented in the GO ASK games. For examples of the similarities in questions see the spreadsheet attached as EXHIBIT 7.

29.    In addition, the packaging for the ASK IT game is very similar to the GO ASK packaging. The ASK IT packaging is brightly colored, and the ASK IT mark appears on the packaging in a conversation bubble with an exclamation point, like the GO ASK packaging. Attached as EXHIBIT 8 is a true and correct copy of a document illustrating the ASK IT packaging.

30.    Consumers are able to purchase the ASK IT game through

www.chroniclebooks.com; www.amazon.com and www.target.com  as well as retail locations in

Massachusetts and other states.  See EXHIBITS 6 and 8.  Attached as EXHIBIT 9 is a true and

accurate copy of a receipt showing that Maura Cassidy purchased the ASK IT deck from a

Borders Bookstore at downtown crossing in Boston, Massachusetts.  Attached as EXHIBIT 10 is

a true and correct copy of the ASK IT deck offered on Target.com.

31.    When Go Ask Anyone became aware of Defendants' product, it contacted

Defendants, pointed out the similarities between the GO ASK and ASK IT products, names and

packaging and requested that Defendants stop marketing the product.  Attached as EXHIBIT 11

is a true and correct copy of the June 23, 2005 sent to Defendants.

32.    Chronicle Books responded to the letter on July 18, 2005 and proposed that it

would re-design the packaging of the deck if Go Ask Anyone would agree to allow Chronicle to

sell off its remaining inventory.  Attached as EXHIBIT 12 is a true and correct copy of the July

18, 2005 response.

33.    Although the letter addressed the trade dress issue with regard to the conversation

bubble, it failed completely to address the overall trademark issue and Chronicles' solution

would not have curtailed further distribution of the product in interstate commerce.

34.    Chronicle represented that 3500 decks had been sold and 6500 decks remained in

inventory.   Go Ask Anyone did not want the remaining inventory to enter the marketplace.

35.    Chronicle and Go Ask Anyone negotiated during July and early August in an

attempt to come to a resolution regarding Defendants' infringement.

36.    On August 4, 2005, Chronicle Books agreed to forgo

> "display or other promotion of its decks at the upcoming trade shows,
> will agree not to otherwise promote sales of its decks, and will agree not

6

to solicit any 'deep discount' sales to dump copies. In return, it would
like to be able to fill orders that come in without promotion." Attached
as EXHIBIT 13 is a true and accurate copy of an e-mail from
Chronicle's counsel reflecting the proposal.

37.    Go Ask Anyone informed Chronicle Books that it did not want Chronicle selling

the remaining inventory under any circumstances. If in addition to ceasing promotion, Chronicle

agreed not to sell its remaining inventory, Go Ask Anyone would forgo filing a Complaint and

Motion for Preliminary Injunction seeking further damages and remedies.

38.    On August 10, 2005, Chronicle Books agreed to cease all sales and promotion of

the ASK IT decks. Attached as EXHIBIT 14 is a true and correct copy of an e-mail reflecting

that position.

39.    Go Ask Anyone was concerned that the Authors would try and sell the remaining

inventory. Chronicle Books represented that the contract with Chronicle gave Chronicle control

over the Inventory. Attached as EXHIBIT 15 is a true and accurate copy of an E-mail making

this representation.

40.    Because Go Ask Anyone is a small and relatively new company, it decided to

forgo filing the injunction as long as no additional products were being sold into the marketplace.

41.    Chronicle maintained that the packaging only and not the name caused confusion

and that they may at some point redesign the packaging and re-promote the product.

42.    Go Ask Anyone decided not to file a motion for a potential future event.

43.    Despite Chronicle's representation that it would no longer promote or sell the

ASK IT card game – it has done just that - promote the card game in the original packaging.

44.    In early September, 2005, Maura Cassidy received a copy of "O-The Oprah

Magazine" which prominently displayed on Page 94, in full color glossy, a promotion of the

7

original ASK IT deck. See EXHIBIT 16. This is exactly the deck that Chronicle agreed to stop promoting and selling in response to the cease and desist request and subsequent negotiations.

45.    Almost immediately, ASK IT sales rose on amazon.com. ASK IT was listed in the 40,000 range prior to The Oprah Magazine promotion and moved to the 3,000 – 4,000 range after the promotion appeared.

46.    The promotion in "O – The Oprah Magazine" directs readers to chroniclebooks.com to order copies of the decks.

47.    After seeing the promotion in "O" magazine, Maura Cassidy searched the worldwide web to determine if any new promotions of ASK IT had occurred.

48.    Maura Cassidy found that the ASK IT decks can now be ordered from Target.com. See EXHIBIT 10. This promotion was not present when Go Ask Anyone began negotiating the cease and desist with Chronicle.

49.    Amazon.com is also now prominently displaying the ASK IT deck on its website.

50.    Typically, in Cassidy's experience amazon.com does not retain extensive inventory and only wants to receive inventory approximately two weeks before any product promotion is launched. Therefore, as ASK IT was agreeing not to sell further inventory, they were most likely planning on providing additional product to Amazon.

51.    During the cease and desist negotiations, Chronicle represented that the deck had only been sold to one major chain store. However, Cassidy purchased the product at a Borders Bookstore and the product is available at Target.

52.    Go Ask Anyone's GO ASK games and Chronicle's ASK IT game are both advertised and sold in virtually the same markets.

8

53.    Both are conversation card games that are marketed to the average consumer, making confusion more likely than if the parties were offering expensive products to sophisticated consumers.

54.    In fact, Cassidy's sales representative, Michael Penna reported that a customer of a major gift store in Seattle saw the GO ASK decks and commented that she'd seen them in The Oprah Magazine.

55.    In addition another customer told Maura Cassidy that she had purchased the GO ASK cards when in fact she had purchased the ASK IT deck.

56.    Given the obvious similarities between the GO ASK and ASK IT marks, trade dress and the parties' products, target markets and customers, Defendants' use of the name ASK IT is likely to cause confusion among customers.

57.    Defendants should be enjoined from infringing on Go Ask Anyone's mark.

### COUNT I
### Trademark Infringement
### 15 U.S.C. § 1125(a)

58.    Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations in paragraphs 1 through 57 above.

59.    Since 2003, Go Ask Anyone, Inc. has continuously used the GO ASK YOUR FATHER®, GO ASK YOUR MOTHER®, GO ASK YOUR GRANDPARENT®, GO ASK YOUR TEENAGER®, GO ASK ANYONE® and GO ASK YOUR GIRLFRIENDS® marks in interstate commerce in connection with card games which are designed to encourage fun and interesting conversations between family and friends.

60.    The GO ASK marks are inherently distinctive and identified with the products that Go Ask Anyone, Inc. offers. The marks symbolize the valuable and extensive goodwill and

9

consumer recognition that Go Ask Anyone, Inc. has built up over the years; the mark is identified with the high quality, innovative products that Go Ask Anyone, Inc. offers throughout the United States and worldwide.

61.      Despite notice of Go Ask Anyone, Inc.'s senior use of the GO ASK marks, Defendants have engaged in unfair competition and infringed upon the GO ASK mark by using and advertising the name ASK IT in interstate commerce in connection with its card games "designed to stimulate conversations between children, parents, grandparents, teachers and friends."

62.      Because consumers associate the GO ASK marks with the products produced by Go Ask Anyone, Inc., Defendants' use of the name ASK IT is likely to cause confusion among consumers.

63.      Defendants have infringed upon the GO ASK marks, as alleged above, with the intent to deceive the public into believing that goods sold by Defendants are made by, approved by, sponsored by or affiliated with, GO Ask Anyone, Inc.  Defendants' acts also were committed with the intent to pass off and palm off Defendants' goods as the goods of Go Ask Anyone, Inc. and with the intent to deceive and defraud the public.

64.      As a result of Defendants' actions, Go Ask Anyone, Inc. has suffered damage in an amount to be determined at trial.

## COUNT II
## False Designation
## 15 U.S.C. § 1125(c)

65.      Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations in paragraphs 1 through 64 above.

66.     Defendants have caused their card game to enter into interstate commerce with the ASK IT name and designation. Such use of the ASK IT mark is a false designation of origin that is likely to cause confusion, mistake and deception as to the affiliation, connection or association of Defendants' product with Go Ask Anyone, Inc.'s products and as to the origin, sponsorship or approval of Defendants' card game by Go Ask Anyone, Inc.

67.     As a result of Defendants' actions, Go Ask Anyone, Inc. has suffered damage in an amount to be determined at trial.

### COUNT III
### Trademark Dilution
### 15 U.S.C. § 1125(c)

68.     Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations in paragraphs 1 through 67 above.

69.     The ASK IT marks are "famous" marks within the meaning of 15 U.S.C. § 1125(c).

70.     Go Ask Anyone, Inc. has used the GO ASK marks in interstate commerce since at least 2003.

71.     The GO ASK marks are inherently distinctive and are identified with the products that Go Ask Anyone, Inc. offers. The GO ASK marks symbolize the valuable and extensive goodwill and consumer recognition that Go Ask Anyone, Inc. has built up over the years and is identified with the high quality, innovative products that Go Ask Anyone, Inc. offers throughout the United States and worldwide.

72.     Defendants' use of the ASK IT mark is diluting the GO ASK marks by lessening the capacity of the GO ASK marks to identify and distinguish Go Ask Anyone, Inc.'s goods and services, and by tarnishing the GO ASK marks.

11

73.    Defendants' use of the ASK IT mark is without Go Ask Anyone, Inc.'s

permission or authority. Defendants' acts also were committed with the intent to dilute and

tarnish the GO ASK mark.

74.    As a result of Defendants' actions, Go Ask Anyone, Inc. has suffered damage in

an amount to be determined at trial.

## COUNT IV
### Recovery of Profits, Damages, Costs and Attorneys Fees
### 15 U.S.C. §1117 and §1114

75.    Go Ask Anyone, Inc. estates and incorporates herein by reference the allegations

in paragraphs 1 through 74 above.

76.    The actions of Defendants, as outlined above constitute exceptional circumstances

upon which reasonable attorneys fees may be awarded to plaintiff.

77.    The actions of Defendants in violating the trade dress and trademark of plaintiffs

has been malicious, fraudulent, willful and deliberate and as such merits the award of damages

and attorneys fees under this statute.

## COUNT V
### Violation of M.G.L. c. 110B, §§ 11-13

78.    Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations

in paragraphs 1 through 77 above.

79.    Defendants' use of the ASK IT mark is likely to cause confusion, mistake or to

deceive and is diluting the GO ASK marks, as described above.

80.    Defendants' use of the ASK IT mark is without Go Ask Anyone, Inc.'s

permission or authority. Defendants' acts also were committed with the intent to cause

confusion, mistake or deception, and to dilute the GO ASK marks.

12

81.    As a result of Defendants' actions, Go Ask Anyone, Inc. has suffered damage in
an amount to be determined at trial.

## COUNT VI
## Violation of M.G.L. c. 93A, §11

82.    Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations
in paragraphs 1 through 81.

83.    At all relevant times, Go Ask Anyone, Inc. and Defendants were engaged in trade
or commerce within Massachusetts.

84.    Defendants' acts described above constitute unfair and deceptive acts or practices
within the meaning of M.G.L. c. 93A, § 2.

85.    Defendants' acts were performed willfully and knowingly.

86.    As a result of Defendants' actions, Go Ask Anyone, Inc. has suffered damage in
an amount to be determined at trial.

## COUNT VII
## Violation of Common Law Trademark
## Infringement and Unfair Competition

87.    Go Ask Anyone, Inc. restates and incorporates herein by reference the allegations
in paragraphs 1 through 86.

88.    By use of the trademark ASK IT, Defendants have infringed on the trade names
and trademarks of Go Ask Anyone, Inc., has passed off and engaged in unfair competition with
Go Ask Anyone, Inc.

89.    As a result of Defendants' infringement of Go Ask Anyone, Inc.'s trademarks and
its unfair competition, Plaintiff has suffered and continues to suffer irreparable harm and
monetary damages.

13

WHEREFORE, Go Ask Anyone, Inc. requests that this Court:

A.      Enter a preliminary and permanent injunction ordering Defendants and their respective officers, agents, servants, employees and representatives, subsidiaries, companies, parent companies, and all those in active concert or participation with them, to refrain from using, authorizing or employing the ASK IT mark and any other marks that are confusingly similar to Go Ask Anyone, Inc.'s GO ASK marks. Such injunction should include the following:

1.      Enjoin Defendants from selling any remaining inventory of ASK IT card games;

2.      ORDER Defendants to destroy the remaining stock of ASK IT card games;

3.      ORDER Defendants to notify each retailer to whom it has sold the ASK IT card games to return the games to the publisher; such stock will be destroyed;

4.      ORDER Defendants to immediately take the ASK IT product off any websites in their custody or control and cease offering the product for sale;

5.      Enjoin all Defendants from using the name ASK IT on any future products;

6.      ORDER Defendants to contact amazon.com and target.com and any other companies which are marketing the infringing product on the web and notify such companies that the materials must be removed from the website as well as other advertising materials;

6.      ORDER Defendants to produce a list of all entities which have purchased the product so that a copy of the Court Order can be sent to each;

7.      ORDER Defendants to cease and desist marketing the ASK IT product including but not limited to ceasing all book tours and other promotional appearances;

B.      Enter judgment for go Ask Anyone, Inc. and against Defendants on all counts of the Verified Complaint;

14

C.  Award Go Ask Anyone, Inc. the full amount of its monetary damages;

D.  Treble such damages as provided by law;

E.  Award Go Ask Anyone, Inc. interest, costs and attorneys' fees; and

F.  Grant such other relief as the Court deems just and appropriate.

The Plaintiff,
**GO ASK ANYONE, INC.,**
By its attorneys,


Maureen Mulligan (BBO #556482)
Stacey Friends (BBO #647284)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated:  September 20, 2005

U:\MSM\Go Ask Anyone\Pleadings\Complaint.doc

15

## **VERIFICATION**

I, Maura Cassidy of Go Ask Anyone, Inc., under oath do depose and say that I have read the foregoing allegations and that each and every statement of fact contained therein is true to the best of my knowledge, information, or belief.

Signed under the pains and penalties of perjury this $20$ day of September, 2005.

_Maura Cassidy_
Maura Cassidy

| YOUR# | 9192-6 | | | | | | PRINTED ON: | 6/21/2005 |
|---|---|---|---|---|---|---|---|---|

| COUNTRY | US | UNITED STATES | | P | | MARK | ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| ITU | NO | APP# | 78/256,334 | GO ASK YOUR FATHER | | | MAIL DATE | |
| TYPE | | REG# | 2,830,218 | | | | FILE DATE | 5/30/2003 |
| STATUS | REGISTERED | RGN | NORTH AMERICA | | | | REG DATE | 4/6/2004 |

| CLIENT | 9192 | Go Ask Anyone, Inc. | 1 | CREF | | DT1 | |
|---|---|---|---|---|---|---|---|
| OWNER | 9192 | Go Ask Anyone, Inc. | 1 | OREF | | DTCNC | |
| AGENT | US01 | Ruberto, Israel & Weiner, P.C. | | AREF | | ASSIGN | |
| | | | | | | TXT2 | |

| ID | O | ACTION | BASE | DUE IN | DUE | EXTNS | FINAL | EXT | RESPONSE | CALL UP | 1 | 2 | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE | N | CONVENTION ENDS | 5/30/2003 | 6 M | 11/30/2003 | | 11/30/2003 | 0 | 6/11/2004 | 3 M | Y | Y | Y |
| SC | N | STATUS CHECK | 5/30/2003 | 12 M | 5/30/2004 | | 5/30/2004 | 0 | 6/11/2004 | 0 M | Y | Y | Y |
| AU | N | AFFIDAVIT OF USE | 4/6/2004 | 72 M | 4/6/2010 | 1 6 | 10/6/2010 | 0 | 11/6/2003 | 12 M | Y | Y | Y |
| AR | N | AFFIDAVIT W/RENEWAL | 4/6/2004 | 120 M | 4/6/2014 | 1 3 | 7/6/2014 | 0 | | 6 M | Y | Y | Y |
| RN | N | RENEWAL | 4/6/2004 | 120 M | 4/6/2014 | 1 6 | 10/6/2014 | 0 | | 6 M | Y | Y | Y |

**GOODS**

| 028 | Equipment sold as a unit for playing a card game |
|---|---|

| FIRST USE INFO | | PRIORITY INFO | | |
|---|---|---|---|---|
| 1ST USE DATE | 1ST USE IN COMMERCE | COUNTRY | | |
| COMMERCE | | FILE DATE | APP# | |
| OWNER OF RECORD | | REG DATE | APP# | |

| T00261US00 | ENTERED | 6/11/2004 | MODIFIED | 6/11/2004 | BY | RJM | | ATTORNEYS | SCF | / | DKM | / | RJM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| YOUR# | 9192-7 | | | | | PRINTED ON: | 6/21/2005 |

| COUNTRY | US | UNITED STATES | | P | MARK | ALLOWED | |
| ITU | NO | APP# | 78/256,294 | | GO ASK YOUR MOTHER | MAIL DATE | |
| TYPE | TRADEMARK | REG# | 2,830,217 | | | FILE DATE | 5/30/2003 |
| STATUS | REGISTERED | RGN | NORTH AMERICA | | | REG DATE | 4/6/2004 |

| CLIENT | 9192 | Go Ask Anyone, Inc. | 1 | CREF | DT1 |
| OWNER | 9192 | Go Ask Anyone, Inc. | 1 | OREF | DTCNC |
| AGENT | US01 | Ruberto, Israel & Weiner, P.C. | | AREF | ASSIGN |
| | | | | | TXT2 |

| ID | O | ACTION | BASE | DUE IN | DUE | EXTNS | FINAL | EXT | RESPONSE | CALL UP | 1 | 2 | P |
|----|---|--------|------|--------|-----|-------|-------|-----|----------|---------|---|---|---|
| CE | N | CONVENTION ENDS | 5/30/2003 | 6 M | 11/30/2003 | | 11/30/2003 | 0 | 6/11/2004 | 3 M | Y | Y | Y |
| SC | N | STATUS CHECK | 5/30/2003 | 12 M | 5/30/2004 | | 5/30/2004 | 0 | 6/11/2004 | 0 M | Y | Y | Y |
| AU | N | AFFIDAVIT OF USE | 4/6/2004 | 72 M | 4/6/2010 | 1 6 | 10/6/2010 | 0 | 11/10/2003 | 12 M | Y | Y | Y |
| AR | N | AFFIDAVIT W/RENEWAL | 4/6/2004 | 120 M | 4/6/2014 | 1 3 | 7/6/2014 | 0 | | 6 M | Y | Y | Y |
| RN | N | RENEWAL | 4/6/2004 | 120 M | 4/6/2014 | 1 6 | 10/6/2014 | 0 | | 6 M | Y | Y | Y |

**GOODS**

| 028 | Equipment sold as a unit for playing a card game |

| | FIRST USE INFO | | PRIORITY INFO | | |
| 1ST USE DATE | | 1ST USE IN COMMERCE | | COUNTRY | | |
| COMMERCE | | | | FILE DATE | | APP# |
| OWNER OF RECORD | | | | REG DATE | | APP# |

| T00262US00 | ENTERED | 6/11/2004 | MODIFIED | 6/11/2004 | BY | RJM | ATTORNEYS | SCF | / | DKM | / | RJM |

| YOUR# | 9192-5 | | | | | | PRINTED ON: | 6/21/2005 |
|---|---|---|---|---|---|---|---|---|

| COUNTRY | US | UNITED STATES | | P | | MARK | ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| ITU | NO | | APP# | 78/285,763 | GO ASK YOUR GRANDPARENT | | MAIL DATE | |
| TYPE | TRADEMARK | | REG# | 2,862,929 | | | FILE DATE | 8/11/2003 |
| STATUS | REGISTERED | | RGN | NORTH AMERICA | | | REG DATE | 7/13/2004 |

| CLIENT | 9192 | Go Ask Anyone, Inc. | | 1 | CREF | | DT1 | |
|---|---|---|---|---|---|---|---|---|
| OWNER | 9192 | Go Ask Anyone, Inc. | | 1 | OREF | | DTCNC | |
| AGENT | US01 | Ruberto, Israel & Weiner, P.C. | | | AREF | | ASSIGN | |
| | | | | | | | TXT2 | |

| ID | O | ACTION | BASE | DUE IN | DUE | EXTNS | FINAL | EXT | RESPONSE | CALL UP | 1 | 2 | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE | N | CONVENTION ENDS | 8/11/2003 | 6 M | 2/11/2004 | | 2/11/2004 | 0 | 6/11/2004 | 3 M | Y | Y | Y |
| SC | N | STATUS CHECK | 8/11/2003 | 12 M | 8/11/2004 | | 8/11/2004 | 0 | 8/4/2004 | 0 M | Y | Y | Y |
| AU | N | AFFIDAVIT OF USE | 7/13/2004 | 72 M | 7/13/2010 | 1 6 | 1/13/2011 | 0 | | 12 M | Y | Y | Y |
| AR | N | AFFIDAVIT W/RENEWAL | 7/13/2004 | 120 M | 7/13/2014 | 1 3 | 10/13/2014 | 0 | | 6 M | Y | Y | Y |
| RN | N | RENEWAL | 7/13/2004 | 120 M | 7/13/2014 | 1 6 | 1/13/2015 | 0 | | 6 M | Y | Y | Y |

**GOODS**

028    Equipment sold as a unit for playing a card game

| | FIRST USE INFO | | | | | PRIORITY INFO | | |
|---|---|---|---|---|---|---|---|---|
| 1ST USE DATE | 10/1/2003 | 1ST USE IN COMMERCE | 10/1/2003 | | COUNTRY | | | |
| COMMERCE | | | | | FILE DATE | | APP# | |
| OWNER OF RECORD | | | | | REG DATE | | APP# | |

T00260US00    ENTERED    6/11/2004    MODIFIED    8/3/2004    BY RJM                    ATTORNEYS SCF / DKM / RJM

| YOUR# | 9192-3 | | | | | | PRINTED ON: | 6/21/2005 |
|---|---|---|---|---|---|---|---|---|

| COUNTRY | US | UNITED STATES | | P | | MARK | | ALLOWED | |
|---|---|---|---|---|---|---|---|---|---|

| ITU | NO | APP# | 78/285,782 | GO ASK ANYONE | MAIL DATE | |
| TYPE | TRADEMARK | REG# | 2,862,931 | | FILE DATE | 8/11/2003 |
| STATUS | REGISTERED | RGN | NORTH AMERICA | | REG DATE | 7/13/2004 |

| CLIENT | 9192 | Go Ask Anyone, Inc. | 1 | CREF | | DT1 | |
|---|---|---|---|---|---|---|---|
| OWNER | 9192 | Go Ask Anyone, Inc. | 1 | OREF | | DTCNC | |
| AGENT | US01 | Ruberto, Israel & Weiner, P.C. | | AREF | | ASSIGN | |
| | | | | | | TXT2 | |

| ID | O | ACTION | BASE | DUE IN | DUE | EXTNS | FINAL | EXT | RESPONSE | CALL UP | 1 | 2 | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE | N | CONVENTION ENDS | 8/11/2003 | 6 M | 2/11/2004 | | 2/11/2004 | 0 | 6/11/2004 | 3 M | Y | Y | Y |
| SC | N | STATUS CHECK | 8/11/2003 | 12 M | 8/11/2004 | | 8/11/2004 | 0 | 8/4/2004 | 0 M | Y | Y | Y |
| AU | N | AFFIDAVIT OF USE | 7/13/2004 | 72 M | 7/13/2010 | 1 6 | 1/13/2011 | 0 | | 12 M | Y | Y | Y |
| AR | N | AFFIDAVIT W/RENEWAL | 7/13/2004 | 120 M | 7/13/2014 | 1 3 | 10/13/2014 | 0 | | 6 M | Y | Y | Y |
| RN | N | RENEWAL | 7/13/2004 | 120 M | 7/13/2014 | 1 6 | 1/13/2015 | 0 | | 6 M | Y | Y | Y |

| GOODS | |
|---|---|
| 028 | Equipment sold as a unit for playing a card game |

| | FIRST USE INFO | | | | | PRIORITY INFO | | |
|---|---|---|---|---|---|---|---|---|
| 1ST USE DATE | 10/1/2003 | 1ST USE IN COMMERCE | 10/1/2003 | COUNTRY | | | |
| COMMERCE | | | | FILE DATE | | APP# | |
| OWNER OF RECORD | | | | REG DATE | | APP# | |

| T00258US00 | ENTERED | 6/11/2004 | MODIFIED | 8/3/2004 | BY | RJM | | ATTORNEYS | SCF | / | DKM | / | RJM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| YOUR# | 9192-1 | | | | | | | PRINTED ON: | 6/21/2005 |
|---|---|---|---|---|---|---|---|---|---|

| COUNTRY | US | UNITED STATES | | P | | MARK | | ALLOWED | |
|---|---|---|---|---|---|---|---|---|---|
| ITU | NO | | APP# | 78/285,791 | GO ASK YOUR GIRLFRIENDS | | | MAIL DATE | |
| TYPE | TRADEMARK | | REG# | 2,866,892 | | | | FILE DATE | 8/11/2003 |
| STATUS | REGISTERED | | RGN | NORTH AMERICA | | | | REG DATE | 7/27/2004 |

| CLIENT | 9192 | Go Ask Anyone, Inc. | | 1 | CREF | | DT1 | |
|---|---|---|---|---|---|---|---|---|
| OWNER | 9192 | Go Ask Anyone, Inc. | | 1 | OREF | | DTCNC | |
| AGENT | US01 | Ruberto, Israel & Weiner, P.C. | | | AREF | | ASSIGN | |
| | | | | | | | TXT2 | |

| ID | O | ACTION | BASE | DUE IN | DUE | EXTNS | FINAL | EXT | RESPONSE | CALL UP | 1 | 2 | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE | N | CONVENTION ENDS | 8/11/2003 | 6 M | 2/11/2004 | | 2/11/2004 | 0 | 6/11/2004 | 3 M | Y | Y | Y |
| PN | Y | PUBL NOTICE RECEIVED | 4/14/2004 | | | | | | | | | | |
| OG | Y | PUBLISHED | 5/4/2004 | | | | | | | | | | |
| SC | N | STATUS CHECK | 8/11/2003 | 12 M | 8/11/2004 | | 8/11/2004 | 0 | 8/4/2004 | 0 M | Y | Y | Y |
| AU | N | AFFIDAVIT OF USE | 7/27/2004 | 72 M | 7/27/2010 | 1 6 | 1/27/2011 | 0 | | 12 M | Y | Y | Y |
| AR | N | AFFIDAVIT W/RENEWAL | 7/27/2004 | 120 M | 7/27/2014 | 1 3 | 10/27/2014 | 0 | | 6 M | Y | Y | Y |
| RN | N | RENEWAL | 7/27/2004 | 120 M | 7/27/2014 | 1 6 | 1/27/2015 | 0 | | 6 M | Y | Y | Y |

GOODS

| 028 | Equipment sold as a unit for playing a card game |
|---|---|

| | FIRST USE INFO | | | | | PRIORITY INFO | |
|---|---|---|---|---|---|---|---|
| 1ST USE DATE | 10/1/2003 | 1ST USE IN COMMERCE | 10/1/2003 | COUNTRY | | | |
| COMMERCE | | | | FILE DATE | | APP# | |
| OWNER OF RECORD | | | | REG DATE | | APP# | |

| T00256US00 | ENTERED | 6/11/2004 | MODIFIED | 8/3/2004 | BY | RJM | | ATTORNEYS | SCF | / | DKM | / | RJM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



**amazon.com**    Your Store    Books    See All 32 Product Categories    Your Account | Cart | Wish List | Help | 

Search | Browse Subjects | Bestsellers | The New York Times® Best Sellers | Magazines | Corporate Accounts | Amazon Shorts | Bargain Books | Used Books | Textbooks

**Search** Books                                    GO!    A9 Web Search    GO!

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in .



Share your own customer images

Publisher: Learn how customers can search inside this book.

# Go Ask Your Father! (Cards)
by Maura A. Cassidy

★★★★★ (10 customer reviews)

**List Price:** $8.95

**Price:** **$8.95** and eligible for **FREE Super Saver Shipping** on orders over $25. See details

**Availability:** Usually ships within 24 hours. Ships from and sold by Amazon.com.

**Want it delivered Wednesday, September 21?** Order it in the next 4 hours and 50 minutes, and choose **One-Day Shipping** at checkout. See details


or
Sign in to turn on 1-Click

A9.com users **save 1**  Amazon. Learn how.

Get it for less! Order i

Have one to sell? Sell

Add to Wish Lis

Add to Wedding Re

Don't have one
We'll set one up for

---

## Better Together

Buy this book with Go Ask Your Grandparent! by Maura A. Cassidy today!

  **Buy Together Today: $17.90**



---

## Customers who bought this book also bought

Go Ask Your Mother! by *Maura A. Cassidy*

Go Ask Your Teenager! by *Maura A. Cassidy*

Go Ask Anyone! by *Maura A. Cassidy*

Go Ask Your Grandparent! by *Maura A. Cassidy*

Go Ask Your Girlfriends! by *Maura A. Cassidy*

Almost French: Love And A New Life In Paris by *Sarah Turnbull*

**Explore Similar Items:** in Books

---

## Editorial Reviews

### Book Description
Go Ask Your Father! cards were created to spark conversations between fathers and kids. Ques



# Where To Buy!

## Suggest a Store!

Know a store in your area or an online favorite that you think might be interested in carrying Go Ask Anyone!® products?
Send us their information  click here for a form!
Thank you!



## Online Retailers

**Amazon.com**



Maura A. Cassidy
Buy New $8.99!





Go Ask Anyone!®
Go Ask Your Father!®
Go Ask Your Mother!®
Go Ask Your Grandparent!®
Go Ask Your Girlfriends!®
Go Ask Teenagers!®

## Store In Your Area

To find stores near you, click on your state or your state's name.
Or click here to find other stores around the world.

Alaban
Alaska
Arizon:
Arkans
Califori
Colorac
Connec
Delawa
Florida
Georgi:
Hawaii



## Our Products!

**Ways to Use Go Ask Anyone!® Conversations Cards**
The conversation cards can be used many ways....pick a Family Night
once a week and choose a new card to get the conversations
going.....keep them in your car and pick a card while on a nice
drive....take the cards on vacation, no electricity is needed.....write
a letter or an email with the question in it for an interesting
reply...or start a journal recording the answers!



**Benefits of Using Go Ask Anyone!® Conversations Cards**

The conversation cards can help in many ways.....promote better parent/child interactions by
fun conversations which help to strengthen relationships.....bring back the Art of Conversat
generations or the general public....use as a tool to help younger children's reading skills and
skills if they start a journal with the answers...give more introverted people topics to start
conversations with!

We are constantly adding new items to our product line.  Below is the list of current offerin
next releases!

**Available Now**



### Go Ask Your Father!®
**Cards to spark great conversations with your Father!**

> Click here to see details

### Go Ask Your Mother!®
**Cards to spark great conversations with your Mother!**



> Click here to see details



## Go Ask Your Grandparent!®
**Cards to spark great conversations with your Grandparent!**

> Click here to see details



## Go Ask Your Teenager!®
**Cards to spark great conversations with your Teenager!**

> Click here to see details



## Go Ask Your Girlfriends!®
**Cards to spark great conversations on a Girls' Night Out!**

> Click here to see details



## Go Ask Anyone!®
**Cards to spark great conversations with Anyone you meet or of life!**

> Click here to see details

## Coming Soon!

## Go Ask Your Teacher!™
**Cards to spark great conversations between Teachers and their students!**

## Go Ask Your Friends!™
**Cards to spark great conversations for kids with their friends!**

## Go Ask A Veteran!™
**Cards to spark great conversations with Veterans!**
**Proceeds to benefit veterans and fallen veterans families.**

## Go Ask Your Spouse!™ **Cards to spark great conversations your Spouse!**

## Go Ask Your Fiance!™



# iParenting Media AWARDS

September 19, 2005
· Need help?
Call 888-808-IPMA (4762)

**AWARD WINNERS** | **MISSION STATEMENT** | **EASY SUBMISSION** | **PRODUCT CATEGORIES** | **FAQs** | **RETAILER AREA** | C

CREATE A NEW ACCOUNT!

**SIGN IN NOW** – existing accts

User ID:

Password:

- ◉ Manufacturer/Producer
  Publisher
  Public Relations Co.

- ○ Individual Reviewer
- ○ Child Care Reviewer
- ○ Expert Reviewer

- ○ Retailer

**ENTER**

(You must have cookies enabled)
Form 7240
Version 2.0.0

- Set up a new account
- Forgot your password?

Learn about IPMA benefits.

Call for entry schedule here.

**IN THE SPOTLIGHT**

You may enter your product
now for the next Call for Entry.

Read our testimonials.

Meet a few of our partners.

View press releases.

Experience the power and
capabilities of iParenting
Media and enjoy the benefits

## Go Ask Your Father
### By Go Ask Anyone, Inc.

View more award-winning products by this company here.

Go Ask Your Father! is a deck
of conversation cards used to
spark great conversations
between fathers and children of
any age! Use the cards on
vacation, in the car or pick one
night a week for a Dad's night
to ask a question – 52 cards
and 52 weeks a year!



For recommended places to purchase this product, enter your zip code belov

Search within  10 Miles    of          **Submit**

**OR**

**View Canadian Retailers**

◀BACK TO TOY▶                              ◀BACK TO WINN



# Go Ask Anyone
## Go Ask Your Father

- **Card Game**
- **Novelty**

**Age Range: 6 - 12**
**Price: $7.95**
**Phone: 617-539-0176**
**Year Released: 2003**



A creative product this series of conversation cards can be used in many different ways. Players can choose a few cards to get conversations going. You can keep the cards in the car, pick one out while driving and stimulate a discussion. Conversation cards can help to develop better parent/child communication and build compassion. Your child can make better sense out of your discussions by talking more. This product will also help your young conversationalist to build literary and writing skills, particularly if they want to start a journal or scrapbook. Sample questions include: "What mistake have you made taught you the most?" There are 52 conversation cards with fun, interesting, and intriguing questions. And there are wild cards to ask any question you want. Also in this series is "Go Ask Your Mother," "Go Ask Your Grandparent", "Go Ask Your Teenager", "Go Ask Your Girlfriend," "Go Ask Anyone", "Go Ask Your Teacher." These cards are non-competitive, interesting, and fun for the whole family.



Back    2004 Vacation Winners List    Next

Main    Top

Copyright 1995 – 2005  Stevanne Auerbach, Ph.D., San Francisco, CA.
This material may not under any circumstances be resold or redistributed for compensation of any kind without prior written permission from the author.



PARENTS CORNER     ARTICLES     CHAT     SEAL OF APP

## PERSONALIZE YOUR EXPERIENCE 



**Seal of Approval Search Engine**

**Product Name:**

**Category:**
Any

Submit     **Advance Search**

▷ **ABOUT US**

▷ **PRODUCT RECALLS**

▷ **CHILD'S PERSONALITY TEST**

▷ **COLLEGE CALCULATOR**

▷ **A.L.A. BEST BOOKS**

**SIGN UP FOR NEWSLETTER**

[          ] Go
ENTER YOUR EMAIL ADDRESS

*Seal of Approval Winner
Holiday '04*



**Recommended Age:** 8 and Up

### Go Ask Fath
### Ask Your Mother!;
### Your Grandparent!
### Ask Your Teena

*Go Ask Anyone, .*

Sometimes conversations need a li
getting started, especially among f
members. When the lines of comm
have eroded, gotten stale or even
completely these cards can come i
Sold individually the concept rema
ice breakers, or as some testers to
starters (how's that for turnarounc
from light fun to more in depth qu
values and family related issues. C
this is a great bonding vehicle for f
members to use and enjoy togethe

**Price:** $7.95

Copyright © 2004 The National Parenting Center. All rights reserve
Created by: Priya Softweb Solutions



Ask It! [DB11842219] $12.95 - Chronicle Books - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back ·      ·      ·      ·   Search   Favorites

Address http://www.chroniclebooks.com/site/catalog/index.php?main_page=pubs_product_book_info&products_id=4952&store=boc   Go   Links »

CHRONICLE BOOKS

We see things differently.

Help | Log In

Books | Kids | Gifts          Search   GO   Advanced Search | Gift Finder

**What's Hot**
Best-Sellers
Hot Titles
Just Released
News

**Browse**
Art + Design
Children's Books
   Toddler: newborn–2 yrs
   Picturebook: 2–5 yrs
   Beginning: 5–8 yrs
   Independent: 8–12 yrs
   Advanced: 12–14 yrs
   Young Adult: 15–18 yrs
   All Ages
Eclectic
Food
Literature
Pop Culture
Travel
Season Published

View larger image

Send this page to a friend

**Ask It!**
**50 Fun Questions to Get Families Talking**
**By Maura Waltrip**
**and Cameron Moore**

3-3/8 x 4-3/4 x 1-1/8 in, 50 cards plus a tri-fold intro card, full color throughout, ages 4 and up
Published in March, 2005
ISBN 0811842215

**$12.95**   Add to Cart  |  Add to Wishlist

Turn a casual get-together into a lively event with *Ask It!* Each of the 50 cards contains a question created to stimulate conversation between children, parents, grandparents, teachers and friends. Pick a card, ask a question and then listen to the story unfold?from "What has been the most unlikely friendship you've had?" to "What was your best birthday party ever?" With *Ask It!* you can:
- Encourage use of imagination and develop creativity.

**Customers who bought this product also purchased**

My Friends
$6.95

Baby Time
$15.95 Hardcover

What's Cooking? Recipe Box
$18.95

Super #1 Robot
$18.95 Paperback

**Recommended**

Done          Internet

Start   3 Microsoft Out...  |  Document2 - Micr...  |  Adobe Reader   »   10:59 AM

## Similarity of GO ASK and ASK IT Questions

| | Go Ask deck | Ask It Deck | Version of GO ASK deck |
|---|---|---|---|
| | **Go Ask deck** | **Ask It Deck** | |
| 1 | What was your favorite vacation ever? | What's the best trip you've taken with your family? | Father |
| 2 | Who was your best friend when you were my age? Tell me about him/her | What friend made you feel the best to be with? Why? | Father |
| 3 | Who was your favorite teacher? Least Favorite? | What teacher had the biggest impact on you? How? | Father |
| 4 | What is your favorite holiday? & What is your favorite childhood memory? | What is your favorite holiday memory? | Father - two cards |
| 5 | What was your favorite sport or game as a kid? | What is the most exciting sports even you've played in? | Father |
| 6 | What major weather storms have you experience in your lifetime? | Have you ever been caught in a big storm? What happened? Where were you? | Grandparent |
| 7 | Tell me about getting your driver's license? Who taught you? What vehicle? Or if not, why don't do you drive? | What was your first experience behind the wheel? (shows picture of grandparent like person) | Grandparent |
| 8 | Did you have a nickname as a kid? If not, did you want one? | Have you ever had any nicknames? Which ones did you like? Which did you dislike? | Father |
| 9 | What is the hardest challenge you've faced in your life? | When have you had to muster up all of your courage in order to do something? | Father |
| 10 | What is your most embarrassing moment? And other card What mistake did you make that taught you the most? | What is one of the most embarrassing mistakes you've made? | Father |
| 11 | What is the most outstanding moment in history to occur during your lifetime | What world event stands out in your memory? | Father |
| 12 | Who was your role model or inspired you? | What everyday person has inspired you? How? | Mother |
| 13 | If you could change one thing about your looks or personality, what would it be? | Have you ever wished you could look like someone else? Who? | Father |
| 14 | Tell me about one defining moment in your life. | Has there been an event that suddenly or dramatically changed your life? | Mother |
| 15 | Do you remember your dreams? Are they in color? Do you have recurring ones? | Have you ever had the same dream over and over? What do you think it meant? | Anyone |
| 16 | What would, or does, make you feel like the luckiest person in the world? | What is the luckiest thing that has ever happened to you? | Father |
| 17 | What is the weirdest thing you have ever eaten? Where? | What is the strangest food you've ever eaten? Did you know what it was before tasting it? | Anyone |

**amazon.com**   maura's Store   Books   See All 32 Product Categories   Your Account | Cart | Wish List | Help |

Search | Browse Subjects | Bestsellers | The New York Times® Best Sellers | Magazines | Corporate Accounts | Amazon Shorts | Bargain Books | Used Books | Textbooks

Search Books ▾   (GO)   A9 Web Search   (GO)

provasca   **Be heart healthy with Provasca** and get $20 off a future Amazon order. See details.

Join Amazon Prime and Ship Two-Day for free and Overnight for $3.99?

**SEARCH INSIDE!™**



(Mouse over images to change view)



Share your own customer images
Search inside this book

## Ask It!: 50 Fun Questions To Get Families Talking (Paperback)

by Cameron Bassett Moore, Maura Hewitt Waltrip "Have you ever faked an illness or an injury?..." (more)

**List Price:** ~~$12.95~~

> **Price: $9.71** and eligible for **FREE Super Saver Shipping** on orders over $25. See details

**You Save:** $3.24 (25%)

**Availability:** Usually ships within 8 to 9 weeks. Ships from and sold by Amazon.com.

2 used & new available from $9.71



Add to Shopping Cart
or
Buy now with 1-Click

Ship to:
Maura Cassidy ▾
Add gift-wrap/note

A9.com users save **1.57%** on Amazon. Learn how.

2 used & new from $9.71
Have one to sell? Sell Yours Here

Add to Wish List
Add to Wedding Registry
Don't have one?
We'll set one up for you.

### Better Together

Buy this book with $40 A Day by Rachael Ray today!
+ **Total List Price:** ~~$29.00~~
**Buy Together Today: $21.24**
Buy both now!

### Customers who bought this item also bought

**$40 A Day : Best Eats in Town** by Rachael Ray

**Gathering Blue (Readers Circle)** by Lois Lowry

**Inventing the Rest of Our Lives : Women in Second Adulthood** by Suzanne Levine

**Peter and the Starcatchers** by Dave Barry

**Positive Energy : 10 Extraordinary Prescriptions for Transforming Fatigue, Stress, and Fear into Vibrance, Strength & Love** by Judith Orloff

**Tales from the Bed : On Living, Dying, and Having It All** by Jenifer Estess

**Explore Similar Items:** in Books

### Editorial Reviews

**Book Description**
Turn a casual get-together into a lively event with Ask It! Each of the 50 cards contains a question created to stimulate conversation between children, parents, grandparents, teachers and friends. Pick a card, ask a question and then listen to the story unfold—from "What has been the most unlikely friendship you've had?" to "What was your best birthday party ever?" With Ask It! you can:- Encourage use of imagination and develop creativity.- Improve reading skills and build vocabulary.- Enhance listening skills.- Stimulate interesting, engaging conversations.- Build relationships and bring people closer together.- Improve children's ability to communicate thoughts and feelings.

**About the Author**
Maura Waltrip began her career as a physical therapist working with children and adults and promoting outdoor recreation for the disabled.Cameron Moore received her undergraduate degree in communications and her masters in communication

# BORDERS

### BORDERS
### BOOKS AND MUSIC
10-24 School Street
Boston MA 02108
(617) 557-7188

STORE: 0120    REG: 06/27  TRAN#: 6341
SALE           09/07/2005  EMP: 02058

ASK IT 50 FUN QUESTIONS TO GET
     7780986    CL T          12.95

           Subtotal         12.95
           MASSACHUSETTS 5%    .65
  1  Item   Total           13.60
           VISA             13.60
ACCT # /S XXXXXXXXXXXX8277
              AUTH:   152950
NAME:  GO/ASK

## CUSTOMER COPY

09/07/2005 03:25PM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com



🛒 CART | MY ACCO

GIFT REGISTRIES | GIFTCARDS | WISH LIST | TARGET STORES

Women▾  Men▾  Baby▾  Kids▾  Home▾  Shop by Room▾  Furniture▾  Electronics▾  Sports▾  Toys▾  Entertai

Can we help you find something? **Search**    All Products  GO▶    Shop **Red k**

Target : Entertainment : **Ask It!: 50 Fun Questions To Get Families Talking**

### Browse Similar Items

Entertainment

**Books, Music, Video +
DVDs** brought to you by

**amazon**.com

(what does this mean)





⊘ VIEW LARGER IMAGE

**Availability :**
Usually ships within 8 to 9 weeks.

# Ask It!: 50 Fun Questi
# To Get Families Talkin
Cameron Bassett Moore
Maura Hewitt Waltrip

**$9.71**
List price: $12.95
You Save: **$3.24 (25%)**

**Quantity:** 1

➕ **ADD TO CART**

──── OR ────

Sign-in for 1-Click

✪ ADD TO WISH LIST

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

See Description and Additional info for more details.

**Guest Reviews**

**Write an online review** and share your thoughts with other guests.



**Financial Services**

›Credit
  Cards
›Apply
  Now

More »

## Help

›Shipping Rates +
  Policies
›Track an Order
›Update an Order
›Return an Item

›Product Rebates
›Product Recalls
›Contact Us
›Shopping
  Directory
  More »



**Target Stores**

›Store Locator
›Grocery
  Coupons
›Photo Center
›Portrait Studio

›Weekly
›Optica
›Pharm
›Promo
  More »



CART | MY ACCO

GIFT REGISTRIES | GIFTCARDS | WISH LIST | TARGET STORES

Women ▾  Men ▾  Baby ▾  Kids ▾  Home ▾  Shop by Room ▾  Furniture ▾  Electronics ▾  Sports ▾  Toys ▾  Entertai

Can we help you find something? **Search** _____ All Products  **GO ▶**                    Shop **Red F**

Target : Entertainment : **Ask It!: 50 Fun Questions To Get Families Talking**

**Browse Similar Items**

Entertainment

**Books, Music, Video +
DVDs** brought to you by

**amazon.com**

(what does this mean)





🔍 **VIEW LARGER IMAGE**

**Availability :**
Usually ships within 8 to 9 weeks.

# Ask It!: 50 Fun Questic
# To Get Families Talkin
Cameron Bassett Moore
Maura Hewitt Waltrip

## $9.71
List price: ~~$12.95~~
You Save: **$3.24 (25%)**

**Quantity:** 1

➕ **ADD TO CART**

———— OR ————

Sign-in for 1-Click

⭐ ADD TO WISH LIST

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

See Description and Additional Info for more details.

---

**Guest Reviews**

**Write an online review** and share your thoughts with other guests.

**Financial Services**


> Credit Cards
> Apply Now

More »

**Help**

> Shipping Rates + Policies
> Track an Order
> Update an Order
> Return an Item

> Product Rebates
> Product Recalls
> Contact Us
> Shopping Directory

More »



**Target Stores**

> Store Locator
> Grocery Coupons
> Photo Center
> Portrait Studio

> Weekly
> Optical
> Pharm.
> Promo

More »

# RUBERTO, ISRAEL & WEINER, P.C.

ATTORNEYS AT LAW

100 North Washington Street
Boston, Massachusetts 02114
Telephone  617.742.4200
Facsimile  617.742.2355
www.riw.com

Maureen Mulligan
Ext.:      279
E-mail:   msm@riw.com

June 23, 2005

*VIA FACSIMILE 415-537-4460*
*AND CERTIFIED MAIL/RETURN RECEIPT REQUESTED*

Chronicle Books
85 Second Street, 6th Floor
San Francisco, CA  94105

>         Re:    **ASK IT  By Maura Waltrip and Cameron Moore ISBN 081 1842215**
>                **Published March, 2005 by Chronicle Books**

Dear Chronicle Books:

We are counsel to Maura Cassidy and Go Ask Anyone, Inc.  Go Ask Anyone, Inc. creates and sells decks of conversation cards aimed at aiding the initiation of conversation on many topics and in many forums.  Go Ask Anyone, Inc. currently has registered trademarks for decks of cards titled:  (1) Go Ask Your Father; (2) Go Ask Your Mother; (3) Go Ask Your Grandparents; (4) Go Ask Your Teenager; (5) Go Ask Your Girlfriends and (6) Go Ask Anyone. Go Ask Anyone, Inc. also has a number of other "Go Ask" marks in the pipeline for various purposes.

The titles on each of the decks of cards produced by Go Ask Anyone, Inc. appear in a "bubble" on the cover of the packaging of the product.

It has recently come to our attention that Chronicle Books has published a similar product titled "Ask It" which also is a deck of cards designed to stimulate conversation in a variety of situations.  In addition, the packaging contains a "bubble" with the name "Ask It" inside which is substantially similar to and in fact almost identical to the product design used by Go Ask Anyone, Inc.  The title of the card games and the design of the box are substantially similar and the products have been put into the stream of commerce in the same markets.

Go Ask Anyone, Inc. is concerned about the Chronicle's adoption of a product similar in name and identical in design which can cause confusion among the purchasing public.  Go Ask Anyone, Inc.  has invested substantial amounts of time, energy and money in promoting its products and in registering its trademarks to protect its rights.  Samples of marketing materials for Go Ask Anyone, Inc.'s products are attached as an illustration of the likely confusion.  As a

Chronicle Books
June 23, 2005
Page 2

result, we must request that you cease use of the term "Ask It" and the illustrative "bubble" in which the words are encased to describe your product of question cards.

Please contact us to discuss how to ensure that no confusion and thus no further infringement will occur. Such discussions would, of course, be without prejudice to all of Go Ask Anyone Inc.'s rights and remedies in connection with this matter, all of which are hereby expressly reserved.

By sending this letter to Chronicle Books, we ask, in accordance with the representation on your website, that the letter be forwarded to the authors of the infringing materials, Maura Waltrip and Cameron Moore.

I look forward to speaking with you in an effort to resolve this matter.

Very truly yours,

Maureen Mulligan

MM:pm
Enclosure
cc:     Maura Cassidy
        Stacey Friends, Esquire



## Welcome to
## Go Ask Anyone!™

Sign Up

Home!    About Us!    Our Products!    Where To Buy!    For Retailers!

### Go Ask Your Mother!®
Cards to spark great conversations between Mothers and Kids!



Copyright © 2003 Go Ask Anyone, Inc.

Sample Questions:
*"What was your favorite outfit when age?"*
*"Tell me about your dream house."*
*"What was I like as a baby? What di about then?"*

Box includes: 52 conversation cards interesting, and intriguing questions.
2 Wild Cards - to ask ANY question y

Cost: $8.99 suggested retail price

Sign Up    **Subscribe to
the Go Ask Anyone! newslet**

 Contact Us

Copyright © 2004 Go Ask Anyo



## Our Products!

### Ways to Use Go Ask Anyone!® Conversations Cards

The conversation cards can be used many ways....pick a Family Night once a week and choose a new card to get the conversations going.....keep them in your car and pick a card while on a nice drive....take the cards on vacation, no electricity is needed.....write a letter or an email with the question in it for an interesting reply...or start a journal recording the answers!



### Benefits of Using Go Ask Anyone!® Conversations Cards

The conversation cards can help in many ways.....promote better parent/child interactions by fun conversations which help to strengthen relationships.....bring back the Art of Conversat generations or the general public....use as a tool to help younger children's reading skills and skills if they start a journal with the answers...give more introverted people topics to start conversations with!

We are constantly adding new items to our product line. Below is the list of current offerin next releases!

### Available Now



### Go Ask Your Father!®
**Cards to spark great conversations with your Father!**

> Click here to see details

### Go Ask Your Mother!®
**Cards to spark great conversations with your Mother!**



> Click here to see details

## Go Ask Your Grandparent!®
**Cards to spark great conversations with your Grandparent!**

> Click here to see details

## Go Ask Your Teenager!®
**Cards to spark great conversations with your Teenager!**

> Click here to see details

## Go Ask Your Girlfriends!®
**Cards to spark great conversations on a Girls' Night Out!**

> Click here to see details

## Go Ask Anyone!®
**Cards to spark great conversations with Anyone you meet or of life!**

> Click here to see details

**Coming Soon!**

## Go Ask Your Teacher!™
**Cards to spark great conversations between Teachers and their students!**

## Go Ask Your Friends!™
**Cards to spark great conversations for kids with their friends!**

## Go Ask A Veteran!™
**Cards to spark great conversations with Veterans!**
**Proceeds to benefit veterans and fallen veterans families.**

## Go Ask Your Spouse!™ **Cards to spark great conversations your Spouse!**

## Go Ask Your Fiance!™

Cards to spark great conversations with your Fiance!

## Go Ask Your Date!™
Cards to spark great conversations with Date!

## . . . And Many More!

**Sign Up** Sign up for our newsletter to be notified when we have a new version availe

**CHRONICLE BOOKS**

July 18, 2005

Maureen Mulligan
Ruberto, Israel & Weiner, P.C.
100 North Washington St.
Boston, MA 02114

Dear Ms. Mulligan,

 I have reviewed the matter raised in your letter of June 23, 2005, and have discussed it
with my colleagues. It is important that we clarify that the use of the bubble on our deck
is a simple and unfortunate coincidence of design elements with the Go Ask Anyone
products. The authors and our staff have put a lot of effort into the product and design,
and we are all very disappointed to discover that the design similarities exist.

While we don't share your concern of a risk of confusion between the Go Ask Anyone
cards and our deck, we do recognize that it is in our collective best interests to further
distinguish our products from each other. Therefore, we are prepared to agree to change
the design elements of the Ask It! deck, such that the bubble illustration is removed
entirely from the cover and the interior instruction cards if you will agree that we be
afforded the opportunity to sell off our existing inventory by the end of the year.

Sincerely yours,

Tom Fernald
Vice President

85 SECOND STREET, SIXTH FLOOR, SAN FRANCISCO, CA 94105

WWW.CHRONICLEBOOKS.COM  TELEPHONE: 415.537.4200

## Maureen Mulligan

**From:** Neil Shapiro [nlshapiro@sbcglobal.net]

**Sent:** Thursday, August 04, 2005 7:12 PM

**To:** Maureen Mulligan

**Subject:** Card decks

Maureen:

I was in deposition until a little while ago, but have made inquiries of my client and am happy to pass along what I learned.

Chronicle Books did not sell many decks to large chains. One chain ordered fewer than three hundred decks, and as far as I can tell the other chains did not order any. Chronicle is willing to forego display or other promotion of its decks at the upcoming trade shows, will agree not to otherwise promote sales of its decks, and will agree not to solicit any "deep-discount" sales to dump copies. In return, it would like to be able to fill orders that come in, if any, without any promotion.

Let me know what you and your client think.

Neil

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
Email: nshapiro@nshapiro.com

## Maureen Mulligan

**From:**    Neil Shapiro [nlshapiro@sbcglobal.net]

**Sent:**    Wednesday, August 10, 2005 3:53 PM

**To:**    Maureen Mulligan

**Subject:** RE: Card decks

This means exactly what it says -- Chronicle Books is ceasing -- and will not resume -- sale and promotion of the decks in their current packaging. I don't know what Chronicle is going to destroy -- perhaps the packaging, perhaps the decks -- or whether it will consider publishing under the "Ask It" name with different packaging. All that is certain is that it is ceasing sales and promotion of what your client claims is infringing, and accordingly there is nothing to enjoin.

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
Email: nshapiro@nshapiro.com

---

**From:** Maureen Mulligan [mailto:MSM@riw.com]
**Sent:** Wednesday, August 10, 2005 12:44 PM
**To:** Neil Shapiro
**Subject:** RE: Card decks

Does this mean that you would consider acting as a publisher for the authors under the name "Ask It" but different packaging?

Are you going to destroy current inventory?

> -----Original Message-----
> **From:** Neil Shapiro [mailto:nlshapiro@sbcglobal.net]
> **Sent:** Wednesday, August 10, 2005 3:22 PM
> **To:** Maureen Mulligan
> **Subject:** RE: Card decks
>
> Maureen:
>
> Chronicle Books is ceasing sales and promotion of the "Ask It" decks in their current packaging.
>
> Neil
>
> Neil L. Shapiro
> Law Offices of Neil L. Shapiro
> 2100 Garden Road, Suite C
> Monterey, CA 93940
> Telephone: (831) 372-3700
> Facsimile: (831) 372-3701
> Email: nshapiro@nshapiro.com

**From:** Maureen Mulligan [mailto:MSM@riw.com]
**Sent:** Wednesday, August 10, 2005 11:40 AM
**To:** Neil Shapiro
**Subject:** RE: Card decks

Neal: I will need to run your proposal by my client - Can you send it to me in writing so I have the complete offer?

-----Original Message-----
**From:** Neil Shapiro [mailto:nlshapiro@sbcglobal.net]
**Sent:** Tuesday, August 09, 2005 6:59 PM
**To:** Maureen Mulligan
**Subject:** RE: Card decks

Maureen:

I have not been able to reach the authors, and I know that you want them included. As soon as I reach them, I will contact you.

Neil

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
Email: nshapiro@nshapiro.com

-----

**From:** Maureen Mulligan [mailto:MSM@riw.com]
**Sent:** Tuesday, August 09, 2005 3:47 PM
**To:** Neil Shapiro
**Subject:** RE: Card decks

Neil: Where are we with this?  Maureen

-----Original Message-----
**From:** Neil Shapiro [mailto:nlshapiro@sbcglobal.net]
**Sent:** Monday, August 08, 2005 7:34 PM
**To:** Maureen Mulligan
**Subject:** RE: Card decks

Maureen:

Let me talk to my client and I'll get back to you.

Neil

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701

## Maureen Mulligan

**From:** Neil Shapiro [nlshapiro@sbcglobal.net]

**Sent:** Thursday, August 11, 2005 3:24 PM

**To:** Maureen Mulligan

**Subject:** RE: Card decks

I said that they would not agree never to do so. Presumably, before they can do so they would have to get out of their contract with Chronicle and find another publisher, or convince Chronicle to go forward with the "Ask It" name with different packaging. Neither has occurred, so it seems to me that there is really nothing to enjoin, but that is your call.

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
Email: nshapiro@nshapiro.com

**From:** Maureen Mulligan [mailto:MSM@riw.com]
**Sent:** Thursday, August 11, 2005 12:17 PM
**To:** Neil Shapiro
**Subject:** RE: Card decks

My understanding from your representation is that they intend to use the ASK IT mark on different packaging - We have a difference of opinion as to whether this infringes on the GO ASK MARK

-----Original Message-----
**From:** Neil Shapiro [mailto:nlshapiro@sbcglobal.net]
**Sent:** Thursday, August 11, 2005 3:14 PM
**To:** Maureen Mulligan
**Subject:** RE: Card decks

I'll check and let you know. You plan to seek to enjoin the authors from doing something they are not now doing and have not threatened to do? Interesting.

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
Email: nshapiro@nshapiro.com

**From:** Maureen Mulligan [mailto:MSM@riw.com]
**Sent:** Thursday, August 11, 2005 12:09 PM
**To:** Neil Shapiro
**Subject:** RE: Card decks



# O

## THE OPRAH
## MAGAZINE

# What's **next**
# for you?

## The best ways to
## **get unstuck**
## at work and in love—
## first steps, p.228

## THE **"YES, I CAN!"** DIET

### EXCLUSIVE
## The night John Kennedy's plane didn't arrive...
## Carole Radziwill's stunning memoir of love and loss

# Let's go shopping
## O's mistake-proof, money-smart

## "YOU ARE ONE GUTSY WOMAN!"
## Oprah is wowed by CNN's **Christiane Amanpour**



OPRAH.COM

the O list

# Icebreakers

"So you think you know your family? Pull out this deck of thought-provoking questions some rainy day or on a long car trip, and I promise it'll get the conversational ball rolling into old stories and new insights." ($13, Ask It! cards, Chronicle Books; 800-722-6657; chroniclebooks.com)



# Ruffles Have Ridges

"I'm mad about these tops. The classic man-tailored shirts seem pretty straightforward at first glance, but check out the ultrafeminine sleeve detail."
($165 each, Bell by Alicia Bell; 800-551-7704)



# Sweet Creams Are Made of These

"Imagine a deliciously rich frosting, but instead of spreading it on cake, you slather it on your hands. This stuff is greaseless, beautifully scented with sesame, olive, avocado, or one of four other delicious oils or butters, and terrifically moisturizing."
($8 each, Fruits & Passion; 800-276-9952; fruits-passion.com) ●



JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Go Ask Anyone, Inc.

## DEFENDANTS

Chronicle Books, Maura Waltrip,
Cameron Moore

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Suffolk__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Delaware LLC__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Maureen Mulligan, Esquire
Stacey F. Friends, Esquire
Ruberto, Israel & Weiner, P.C.
100 North Washington Street, Boston, MA 02114
(617) 742-4200

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION *(PLACE AN × IN ONE BOX ONLY)*

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION *(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)*
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. §1125, 1117, 1114.  Trademark and Trade Dress Infringement

## V. NATURE OF SUIT *(PLACE AN × IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☒ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other | | | |

## VI. ORIGIN *(PLACE AN × IN ONE BOX ONLY)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY *(See instructions):*

JUDGE _____    DOCKET NUMBER_____

DATE  9/20/05

SIGNATURE OF ATTORNEY OF RECORD  *Maureen Mulligan*

**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

   Go Ask Anyone, Inc. v. Chronicle Books, et al

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST
   ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___     I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ✓       II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720,730,
                 740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___     III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

   ___     IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

   ___     V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN
   FILED IN THIS COURT? _____ NO _____

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS
   AFFECTING THE PUBLIC INTEREST? ____ NO ____
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES
   PURSUANT TO TITLE 28 USC 2284? ____ NO ____

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF
   MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ____ OR IN THE WESTERN
   SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D))
   YES _____

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN
   SECTIONS OF THE DISTRICT? YES _____

   (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY
    GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE
    IN THE CENTRAL SECTION_____OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME_____ Maureen Mulligan, Esquire/Stacey F. Friends, Esquire
                          Ruberto, Israel & Weiner, P.C.
ADDRESS_____ 100 North Washington Street
                          Boston, MA  02114
TELEPHONE NO._____ (617) 742-4200

(COVER.SHT-08/90)                                           APPENDIX C