UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GO ASK ANYONE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRONICLE BOOKS, LLC, )<br>MAURA WALTRIP, )<br>CAMERON MOORE )<br>Defendants. )<br>) | Civil Action No. 05-11908-RWZ |

## MOTION FOR LEAVE TO APPOINT SPECIAL PROCESS SERVER

The Plaintiff, Go Ask Anyone, Inc. hereby moves this Court, pursuant to Mass. R. Civ. 4(c) to appoint A&A Legal Service, 210 Fell Street, San Francisco, California, 94102 or any other duly appointed Constable or Process Server of the State of California, as Special Process Server.

As grounds for this request, the Plaintiff states that the aforesaid are duly appointed and licensed as such and are qualified to perform the duties of Special Process Server.

*ALLOWED*
*No F.D.J*
*September 28, 2005*

The Plaintiff,
GO ASK ANYONE, INC.,
By its attorneys,

_Maureen Mullen_
Maureen Mulligan (BBO #556482)
Stacey Friends (BBO #647284)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: 9/27, 2005
U:\MSM\Go Ask Anyone\Pleadings\Motion for Special Process Server-CA.doc