**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 SEP 28  P 1: 5 '

DISTRICT COUT
DISTRICT OF MAS

|  |  |
|---|---|
| **GO ASK ANYONE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Civil Action No. 05-11908-RWZ |
| | ) |
| **CHRONICLE BOOKS, LLC,** | ) |
| **MAURA WALTRIP,** | ) |
| **CAMERON MOORE** | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO APPOINT SPECIAL PROCESS SERVER

The Plaintiff, Go Ask Anyone, Inc. hereby moves this Court, pursuant to Mass. R. Civ. I

4(c) to appoint American Process, Inc., 1705 14th Street, #524, Boulder, Colorado, 80302 or ar y

other duly appointed Constable or Process Server of the State of Colorado, as Special Process

Server.

As grounds for this request, the Plaintiff states that the aforesaid are duly appointed and

licensed as such and are qualified to perform the duties of Special Process Server.

ALLOWED
Wed. ð J.
Sept. 29, 2005

The Plaintiff,
**GO ASK ANYONE, INC.,**
By its attorneys,

Maureen Mulligan

Maureen Mulligan (BBO #556482)
Stacey Friends (BBO #647284)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: 9 27 , 2005
U:\MSM\Go Ask Anyone\Pleadings\Motion for Special Process Server-CO.doc