UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
GO ASK ANYONE, INC.,              )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Civil Action No. 05-11908-RWZ
                                  )
CHRONICLE BOOKS, INC.,            )
MAURA WALTRIP,                    )
CAMERON MOORE                     )
        Defendants.               )
                                  )

## AFFIDAVIT OF MICHAEL PENNA

I, Michael Penna, state under oath as follows:

1. I am the owner of Fishbliss sales also known as Giftbliss sales which represen[ts] and distributes products to the gift industry.

2. I represent Go Ask Anyone, Inc. in the distribution and placement of its produ[cts] in retail outlets.

3. From August 27, 2005 through August 30, 2005 I was promoting Go Ask Anyone, Inc.'s card games at the Seattle Gift Show, in Seattle, Washington.

4. Maura Cassidy, the founder of Go Ask Anyone, Inc. received the inspiration f[or] her first card deck while watching an Oprah Winfrey show about problems that teenage daughters have communicating with their fathers.

5. Go Ask Anyone, Inc. also publicizes this story on its Web site.

6. In marketing Go Ask Anyone Inc.'s products I relay this story to potential customers in discussing the appeal the decks may have to the general public.

1

7.  While at the Seattle gift show, I mentioned this history to a potential buyer of t[he] product. She commented that she had seen the card game in the most recent edition of the Op[rah] Winfrey Magazine.

8.  I had not seen the Oprah Winfrey Magazine so did not know at the time that th[e] buyer had confused Go Ask Anyone, Inc.'s product with ASK IT, the product which actually appeared in the Magazine.

Signed under the penalties of perjury this 21 day of September, 2005.

_____
Michael Penna

State of California          )
                             ) ss.
County of Monterey           )

On this ____ day of September, 2005, before me, the undersigned notary pu[bli]c, personally appeared Michael Penna, the sole proprietor of Fishbliss Sales / Giftbliss Sales, [an]d proved to me to be the person whose name is signed above through satisfactory eviden[ce] of identification, namely,

a driver's license issued by the State of _____ bearing the photogr[aph]ic image of the face and signature of _____

Passport No. _____ issued by _____ bearing the photogr[aph]ic image of the face and signature of _____

and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public for the State of Californi[a]
My Commission Expires:_____

Z:\msm\GoAskAnyone\AffidavitPenna.doc