UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GO ASK ANYONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRONICLE BOOKS, INC., <br> MAURA WALTRIP, <br> CAMERON MOORE <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11908-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION REGARDING EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER COMPLAINT AND RESPOND
TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Go Ask Anyone, Inc., hereby assents to and grants an extension of time for Defendants to file their Answer in this matter and respond to the Motion for Preliminary Injunction. The time within which to file said Answer and Response is extended up to and including October 25, 2005.

GO ASK ANYONE, INC.,
By its attorneys,

*/s/ Maureen Mulligan*
Maureen Mulligan (BBO #556482)
Stacey Friends (BBO #647284)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: October 13, 2005

**CERTIFICATE OF SERVICE**
I, Maureen Mulligan, hereby certify that on this 13th day of October, 2005, I did serve a true copy of the within document on counsel of record for each party via email.

*/s/ Maureen Mulligan*