UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GO ASK ANYONE, INC., )<br><br>    Plaintiff, )<br><br>v. )<br><br>CHRONICLE BOOKS, INC.,<br>MAURA WALTRIP, )<br>CAMERON MOORE )<br>    Defendants. ) | Civil Action No. 05-11908-RWZ |

### STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT AND RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

The parties are attempting to settle this matter. Plaintiff, Go Ask Anyone, Inc., hereby assents to and grants an extension of time for Defendants to file their Answer in this matter and respond to the Motion for Preliminary Injunction. Defendants agree there will be no prejudice to Plaintiff by the granting of this extension of time. The time within which to file said Answer and Response is extended up to and including November 2, 2005.

GO ASK ANYONE, INC.,
By its attorneys,

_____
Maureen Mulligan (BBO #556482)
Stacey Friends (BBO #647284)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: October 21, 2005

**CERTIFICATE OF SERVICE**
I, Maureen Mulligan, hereby certify that on this 21st day of October, 2005, I did serve a true copy of the within document on counsel of record for each party via email.

_____