| Attorney or Party without Attorney: RUBERTO, ISRAEL & WEINER, P.C. 100 N. WASHINGTON STREET BOSTON, MA 02114 Telephone No: 617-742-4200   FAX No: 617-742-2355 | For Court Use Only |
|---|---|
| Ref. No. or File No.: N/A | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The District Of Massachusetts

Plaintiff: GO ASK ANYONE, INC.
Defendant: CHRONICLE BOOKS, LLC; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 05-11908 RWZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; MOTION FOR LEAVE TO APPOINT SPECIAL PROCESS SERVER; MOTION OF PLAINTIFF GO ASK ANYONE, INC. FOR PRELIMINARY INJUNCTION; GO ASK ANYONE, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF MICHAEL PENNA; MOTION FOR LEAVE TO APPOINT SPECIAL PROCESS SERVER

3. a. Party served: CHRONICLE BOOKS, LLC
   b. Person served: JACK JENSEN, PRESIDENT, White Male, 50s, Gray Hair, Blue Eyes, 5 Feet 11 Inches, 175 Pounds

4. Address where the party was served: 85 SECOND STREET, 6TH FLOOR SAN FRANCISCO, CA 94105

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 30, 2005 (2) at: 10:25AM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. Person Who Served Papers:
   a. ANANDA P. BOUGANIM

   A & A LEGAL SERVICE
   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602
   (650) 697-9431
   GENERAL@AALEGALSERVICE.COM
   Fax (650) 697-4640

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2004-0000851
      (iii) County: San Francisco

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11 DAY OF Oct, 2005
_____
NOTARY PUBLIC

ROBERTA J. ANDERSON
Commission # 1341398
Notary Public - California
San Mateo County
My Comm. Expires Feb 24, 2006

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Oct. 05, 2005

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUMMONS IN A CIVIL

(ANANDA P. BOUGANIM)   7424200.24925